UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KEYSTONE RETAINING
WALL SYSTEMS, INC.,

CIVIL NO. 00-496 (RHK)

Plaintiff,

v.

ORDER OF RECUSAL

ROCKWOOD RETAINING WALLS, INC.,

Defendant.

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: March 9, 2000

JOHN M. MASON
United States Magistrate Judge

Filed MAR - 9 2000
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

Case reassigned to Magistrate Judge Arthur J. Boylan

NEW CASE NUMBER 00-496 RHK/AJB

Use this case number for all further filings.