UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Keystone Retaining Walls Systems, Inc.

Plaintiff,

v.

Rockwood Retaining Walls, Inc.

Defendant.

Civil No. 00-496 RHK/SRN

PRETRIAL SCHEDULING ORDER

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

   a. All motions which seek to amend the pleadings or add parties must be served by October 1, 2000.

   b. All discovery shall be commenced in time to be completed by February 1, 2001.

   c. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before July 15, 2000.

   d. No more than 30 interrogatories, including all discrete subparts, shall be served by any party.

   e. No more than 10 non-expert depositions shall be taken by any party.

JUN 30 2000
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

f. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by February 15, 2001. Nondispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk to United States Magistrate Judge Susan Richard Nelson, 651-848-1200. All nondispositive motions shall be scheduled, file and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. <u>Expert Disclosure and Discovery</u>:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By party with burden of proof on or before November 1, 2000.

2) By responding party on or before December 1, 2000.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By party with burden of proof on or before November 1, 2000.

2) By responding party on or before December 1, 2000.

3) Party with burden of proof -- rebuttal report, if any, on or before December 15, 2000.

c. Each party may depose no more than <u>3</u> expert witnesses.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

   a. All dispositive motions shall be filed and heard by April 15, 2001.

   b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Deb Siebrecht at 651-848-1166.

   c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

4. Trial

   a. This case shall be ready for trial on and after June 15, 2001, at which time it will be placed on the court's [jury/non-jury] trial calendar.

   b. Trial is estimated to last 5 trial days.

DATED: June 30, 2000

Susan Richard Nelson
United States Magistrate Judge