UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Keystone Retaining Wall Systems, Inc.

Plaintiff,

vs.

Rockwood Retaining Walls, Inc.,

Defendant.

Civil No. 00-496-RHK/AJB

**STIPULATION AND ORDER AMENDING PRETRIAL SCHEDULING ORDER**

Whereas, the parties have agreed to a settlement conference with Magistrate Judge Susan Nelson, which is scheduled for November 16, 2000;

Whereas, in a telephone conference with the Magistrate Judge, the parties agreed to postpone the dates for expert disclosures until after the settlement conference;

Whereas, the parties are in agreement that a slight modification of the scheduling order, not affecting the ultimate trial-ready date, is in order;

Now therefore, the parties stipulate and agree that the June 30, 2000 pretrial scheduling order shall be amended as follows:

1. The date for disclosure of the identity of expert witnesses shall be January 12, 2001 by party with the burden of proof, and to February 9, 2001 by the responding party.

2. The dates for full disclosure of the substance of the testimony to be offered by each expert witness shall be as follow: a) January 12, 2001 for the party

FILED NOV 0 3 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

with the burden of proof; b) February 9, 2001 for the responding party; c) March 2, 2001 for any rebuttal report by the party with the burden of proof.

3. All discovery shall be commenced in time to be completed by April 1, 2001. All nondispositive motions shall be filed by April 15, 2001.

4. The June 30, 2000 pretrial scheduling order shall otherwise remain in full force and effect except as modified herein.

Dated: October 25, 2000

DORSEY & WHITNEY LP

By [signature]
J. Thomas Vitt (#183817)
Dean C. Eyler (#267491)
Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600

**Attorneys for Plaintiff**
**Keystone Retaining Wall Systems, Inc.**

Dated: October 26, 2000

MOORE & HANSEN

By [signature]
Malcolm L. Moore (#74,779)
3000 Norwest Center
90 South 7th Street
Minneapolis, MN 55402
Telephone: (612) 332-8200

**Attorneys for Defendant**
**Rockwood Retaining Walls, Inc.**

**ORDER**

Based on the stipulation of counsel for the parties, the Scheduling Order is so Amended.

Dated:

Susan Richard Nelson
U.S. Magistrate Judge