UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Keystone Retaining Wall Systems, Inc.

Plaintiff,

vs.

Rockwood Retaining Walls, Inc.,

Defendant.

Civil No. 00-496-RHK/SRN

**STIPULATION AND ORDER AMENDING PRETRIAL SCHEDULING ORDER**

Whereas, the parties intended to have a settlement conference with Magistrate Judge Susan Nelson on November 16, 2000, but that conference had to be rescheduled due to health concerns of plaintiff's principal;

Whereas, the parties would still like to have a settlement conference with Magistrate Nelson prior to doing full discovery in this case;

Whereas, the parties have rescheduled the settlement conference with Magistrate Nelson for January 31, 2001;

Whereas, the parties are in agreement that a modification of the scheduling order dated June 30, 2000, as amended November 3, 2000 is in order;

Now therefore, the parties stipulate and agree that the June 30, 2000 pretrial scheduling order, as amended November 3, 2000, should be amended as follows:

1. All discovery shall be commenced in time to be completed by June 1, 2001.

2. All nondispositive motions and supporting documents shall be served by June 15, 2001.

3. The date for disclosure of the identity of expert witnesses shall be March 12, 2001 by the party with the burden of proof, and April 9, 2001 by the responding party.

DEC 11 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. The dates for full disclosure of the substance of the testimony to be offered by each expert witness shall be as follows: a) March 12, 2001 for the party with the burden of proof; b) April 9, 2001 for the responding party; c) May 1, 2001 for any rebuttal report by the party with the burden of proof.

5. All dispositive motions shall be filed and heard by August 3, 2001.

6. This case shall be ready for trial on or after October 1, 2001.

7. The June 30, 2000 pretrial scheduling order, as amended November 3, 2000, shall otherwise remain in full force and effect except as modified herein.

Dated: Dec. 6, 2000

DORSEY & WHITNEY LP

By [signature]
J. Thomas Vitt (#183817)
Dean C. Eyler (#267491)
Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600

**Attorneys for Plaintiff**
**Keystone Retaining Wall Systems, Inc.**

Dated: Dec. 4, 2000

MOORE & HANSEN

By [signature]
Malcolm L. Moore (#74,779)
3000 Norwest Center
90 South 7th Street
Minneapolis, MN 55402
Telephone: (612) 332-8200

**Attorneys for Defendant**
**Rockwood Retaining Walls, Inc.**

**ORDER**

Based on the stipulation of counsel for the parties, the Scheduling Order is so Amended.

Dated:

Susan Richard Nelson
U.S. Magistrate Judge