UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Keystone Retaining Wall Systems, Inc. Civil No. 00-496-RHK/SRN

Plaintiff,

vs.

Rockwood Retaining Walls, Inc.,

Defendant.

**STIPULATION AND ORDER TO AMEND COMPLAINT TO ADD GLS INDUSTRIES AS A DEFENDANT**

WHEREAS, the claims in the present case of Plaintiff Keystone Retaining Wall Systems, Inc. ("Keystone") against Defendant Rockwood Retaining Walls, Inc. ("Rockwood") arise from the alleged infringement of the same Keystone patent-in-suit (Des. 380,560) as Keystone now alleges to be infringed by GLS Industries, Inc. (a/k/a Great Lakes Silos) ("GLS");

WHEREAS, Rockwood and GLS have the same principals, namely Mr. Raymond Price and Mr. Gerald Price;

WHEREAS, the addition of GLS to the present action will not compromise the motion schedule set in this case or displace the October 1, 2001 trial-ready date, nor prejudice the parties to this case;

WHEREAS, the addition of GLS to the present action is consistent with the goals of efficient judicial administration and fairness;

FILED APR 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

NOW THEREFORE, the parties stipulate and agree that Keystone may file and serve the attached Second Amended Complaint add GLS as a party defendant.

Dated: 4-10, 2001

DORSEY & WHITNEY LLP

By ____________________
J. Thomas Vitt (#183817)
Seth J. Sergent-Leventhal (#263357)
1700 Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600

**Attorneys for Plaintiff**
**Keystone Retaining Wall Systems, Inc.**

Dated: 4-12, 2001

MOORE & HANSEN

By ____________________
Malcolm L. Moore (#74,779)
3000 Norwest Center
90 South 7th Street
Minneapolis, Minnesota 55402
Telephone: (612) 332-8200

**Attorneys for Defendants**
**Rockwood Retaining Walls, Inc.**
**and GLS Industries, Inc.**

**ORDER**

Based on the stipulation of counsel for the parties and pursuant to Fed. R. Civ. P. 15, leave is hereby granted for Plaintiff to file and serve the Second Amended Complaint and to name GLS as a party defendant.

Dated: April 16, 2001

____________________
Susan Richard Nelson, U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Keystone Retaining Wall Systems, Inc.

Plaintiff,

vs.

Rockwood Retaining Walls, Inc., and
GLS Industries, Inc. (a/k/a: Great Lakes Silo)

Defendants.

Civil No. 00-496-RHK/SRN

**SECOND AMENDED COMPLAINT**
**Jury Trial Demanded**

Plaintiff Keystone Retaining Wall Systems, Inc. ("Keystone"), for its Complaint against defendants Rockwood Retaining Walls, Inc. ("Rockwood") and GLS Industries (a/k/a: Great Lakes Silo) ("GLS"), states and alleges as follows:

1. Plaintiff Keystone is a Minnesota corporation with its principal place of business in Edina, Minnesota. Keystone is the owner of the Keystone line of concrete retaining wall block products and retaining wall systems, which are sold through a network of Keystone licensees.

2. Defendant Rockwood is a Minnesota corporation with its principal place of business at 7200 North Highway 63, Rochester, Minnesota 55906. Rockwood owns the Rockwood line of concrete retaining wall blocks and retaining wall systems which are sold through a network of licensees, in competition with Keystone.

3. Defendant GLS is a business owned and operated by the same principals that own and operate co-defendant Rockwood. GLS' principal place of business is also at 7200 North Highway 63, Rochester, Minnesota 55906. GLS manufactures and sells the Rockwood line of retaining wall blocks and retaining wall systems in competition with Keystone and its licensees.

4. This is a claim of patent infringement arising under 35 U.S.C. §§ 271 and 281, 283-285.

5. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1338(a). Venue is proper under 28 U.S.C. §§ 1391 and 1400(b).

## COUNT I

6. On July 1, 1997, United States Patent No. Des. 380,560 ("'560 Patent") entitled "Three Faceted Broken Front Face of a Retaining Wall Block" was duly and legally issued to plaintiff Keystone as the assignee of the inventor Paul J. Forsberg. Keystone is the owner of the entire right, title and interest to the '560 Patent. A true and correct copy of the '560 Patent is attached as Exhibit 1 to this Complaint.

7. Defendants Rockwood and GLS have infringed and continue to infringe the '560 Patent by making, using, offering to sell and selling in the United States retaining wall blocks covered by the '560 Patent. Rockwood and GLS manufacture, sell, and/or license the manufacture and/or sale of retaining wall blocks under the names Classic, Legend, Cottage Stone, and Country Stone that infringe the '560 Patent.

8. Defendant Rockwood has actively induced others to make, use, offer to sell and sell retaining wall blocks that infringe the '560 Patent. On information and belief, defendant GLS has actively induced others to make, use, offer to sell and sell retaining wall blocks that infringe the '560 Patent.

9. Plaintiff Keystone has been damaged by defendants Rockwood's and GLS' infringement of the '560 Patent, and will continue to be damaged in the future unless defendants are enjoined from infringing the '560 Patent.

10. Defendants Rockwood's and GLS' infringement of the '560 Patent has been willful.

11. Plaintiff Keystone demands a trial by jury.

**CONCLUSION**

WHEREFORE, plaintiff Keystone prays for the following relief:

1. A judgment declaring that defendant Rockwood and GLS have infringed United States Patent No. Des. 380,560 and have induced infringement of the '560 Patent;

2. A permanent injunction enjoining and restraining defendants Rockwood and GLS, their officers, directors, agents, servants, employees, attorneys and all others acting under or through them, from directly infringing or inducing others to infringe United States Patent No. Des. 380,560.

3. A judgment requiring defendants Rockwood and GLS to pay damages under 35 U.S.C. § 284 and 289, including their profits and treble damages for willful infringement, plus interest;

4. A judgment requiring defendants Rockwood and GLS to pay the costs, disbursements, and attorneys' fees incurred by Keystone as provided by 35 U.S.C. § 285, with interest;

5. Such other and further relief as this court deems just and equitable.

Dated: March 30, 2001

DORSEY & WHITNEY LLP

By_______________________

J. Thomas Vitt (#183817)
Seth J. Sergent-Leventhal (#263357)
Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600

Attorneys for Plaintiff
Keystone Retaining Wall Systems, Inc.