**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Keystone Retaining Wall Systems, Inc.,

Plaintiff,

v.

Civil No. 00-496 (RHK/SRN)
**ORDER**

Rockwood Retaining Wall, Inc, and GLS Industries, Inc., a/k/a Great Lakes Silo,

Defendants.

---

Before the Court is Defendants' Notice of Appeal, filed pursuant to Rule 72 of the Federal Rules of Civil Procedure, from the Order of Magistrate Judge Nelson, issued on September 20, 2001, denying Defendants' Motion for a Protective Order Limiting Scope of Plaintiff's Subpoenas and Notices of Rule 31 Depositions upon Written Questions. On or about September 13, 2001, Plaintiff served subpoenas on over fifty of Defendants' licensees, directing the licensees to produce two categories of documents and to appear before a court reporter in order to answer nine written deposition questions. The subpoenas are returnable on Friday, September 21, 2001.

Defendants proposed to the undersigned that the number of questions the licensees must answer be limited to two -- questions 4 and 5 -- and that the licensees only be required to produce documents satisfying the first of the two described categories. Defendants have not objected to foregoing the right, pursuant to Rule 31, to propound

FILED SEP 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

cross-examination questions within fourteen days of the date of service of the initial questions. See Fed. R. Civ. P. 31(a)(4). Defendants' counsel indicated that it would forward any cross-examination questions to Plaintiff's counsel so that they may be faxed to the court reporters on September 21.

The Court declines to limit, at this time, Plaintiff's discovery as Defendants suggest. It does, however, reserve ruling on Defendants' objection to the scope of some of the Rule 31 questions posed to the Defendants' licensees. In all other respects, based on the arguments of counsel, and all of the files, records and proceedings herein, **IT IS ORDERED** that Defendants' appeal is **DENIED**.

September 21, 2001

RICHARD H. KYLE
United States District Judge

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500