**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

KEYSTONE RETAINING WALL SYSTEMS INC.,

Plaintiff,

vs.

CV 00-496 RHK/SRN

ROCKWOOD RETAINING WALLS INC.,

Defendant.

**NOTICE OF JURY TRIAL**

A JURY TRIAL is scheduled for WEDNESDAY, OCTOBER 24, 2001, at 9:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

October 4, 2001

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

OCT 04 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK