**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Keystone Retaining Wall Systems, Inc.,

Plaintiff,

v.

Civ. No. 00-496 (RHK/SRN)
**ORDER**

Rockwood Retaining Wall, Inc., and
GLS Industries, Inc., a/k/a Great
Lakes Silo,

Defendants.

---

Trial in this matter will begin at 9:00 a.m. on Wednesday, October 24, 2001. The matter will be submitted to the jury no later than 9:00 a.m. on Wednesday, October 31, 2001. The five (5) available trial days will include jury selection, opening and closing statements, and the Court's instructions to the jury. The allocation of the available trial time between the parties will be discussed and resolved at the October 17, 2001 final pre-trial conference.

October 9, 2001

RICHARD H. KYLE
United States District Judge

FILED OCT 09 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK