IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Keystone Retaining Wall Systems, Inc

Plaintiff,

v.

Rockwood Retaining Walls, Inc. &
GLS Industries, Inc. (a/k/a Great Lakes Silo),

Defendant.

Case Number 00-cv-496 RHK/SRN

**MOTION AND**
**~~PROPOSED~~ ORDER**

## MOTION

Plaintiff and Defendants jointly move the Court to seal the Settlement Agreement filed on November 2, 2001 in the above-entitled matter.

Paragraph 5(G) of the subject Settlement Agreement called for this Settlement Agreement between the parties to be kept confidential. Attorneys for Defendant mistakenly caused the Agreement to be submitted to the Court for filing without sealing the same.

The parties respectfully request that they be allowed to place the Settlement Agreement under seal.

Dated at Minneapolis, Minnesota this 8th day of November, 2001.

PATTERSON, THUENTE, SKAAR &
CHRISTENSEN, P.A.

By ________________________
Randall T. Skaar (# 165,013)
Eric H. Chadwick, (# 248,769)
Scott G. Ulbrich (#305,947)
4800 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2100
Telephone: (612) 349-5740

Attorneys for Defendants

FILED NOV 09 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

By stipulation:

J. Thomas Vitt, Esq.
Seth J. Sergent-Leventhal, Esq.
Dorsey & Whitney
220 South Sixth Street
Suite 2200
Minneapolis, MN 55402

Attorneys for Plaintiff

**ORDER**

The above-entitled matter having come on for hearing on the above Motion, it is hereby **ORDERED** that the Clerk of Court shall allow the parties to place the Settlement Agreement filed on November 2, 2001, under seal.

Dated: 11/09/01

Judge Richard H. Kyle
United States District Court